IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANN DONNELLY and NATHAN TODD, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANK KELLENBECK, individual; ROB KELLENBECK, individual; JESSE TODD, individual; KELLY CAMP PARTNERSHIP, a Montana partnership; and KELLENBECK-TODD LLP, a Montana Limited Liability Partnership;<br><br>Defendants. | CV 16–126–M–DLC<br><br>ORDER<br><br>**FILED**<br>JAN 3 0 2017<br>Clerk, U.S District Court<br>District Of Montana<br>Missoula |

Having considered the Unopposed Motion To Dismiss With Prejudice Defendant Kelly Camp Partnership, and finding good cause appearing,

IT IS ORDERED that Plaintiffs' motion (Doc. 5) is GRANTED.

Defendant, Kelly Camp Partnership, a Montana partnership is hereby DISMISSED WITH PREJUDICE.

DATED this 30th day of January, 2017.

Dana L. Christensen, Chief District Judge
United States District Court